

# IN THE
# TENTH COURT OF APPEALS

## No. 10-23-00062-CR

## IN RE ALLAN LATOI STORY

**Original Proceeding**

**From the 19th District Court**
**McLennan County, Texas**
**Trial Court No. 2011-2499-C1**

## MEMORANDUM OPINION

Relator Allan Latoi Story, acting *pro se*, has filed a petition for a writ of mandamus seeking to compel the trial court to rule on a "Writ of Mandamus" for uncollectible fines and fees, a motion for new trial, and a motion for hearing on the motion for new trial. Story's petition for writ of mandamus is denied.

MATT JOHNSON
Justice


Before Chief Justice Gray,
    Justice Johnson, and
    Justice Smith
Petition denied
Opinion delivered and filed May 17, 2023
Do not publish
[OT06]

